STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 07 153ML

Case ID: PC-2007-1822 TERRY STANCIL V WOLVERINE JOINING TECHNOLOGIES

Filing Date: 04-06-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 05-02-2007

Plaintiff: TERRY STANCIL
ID: @10898475

Attorney: BRUCE GLADSTEIN

Defendant: WOLVERINE JOINING TECHNOLOGIES LLC
ID: @10898476
Defendant: WJT LLC
ID: @10898477
Defendant: WOLVERINE JOINING TECHNOLOGIES INC
ID: @10898479
Defendant: KEVIN QUINN
ID: @10898480

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-06-2007 | COMPLAINT FILED | |
| 04-06-2007 | INITIAL FILING FEE | |
| 04-06-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP246403. |
| 05-02-2007 | OTH DOC FILED DURING DISCOV | NOTICE OF FILING NOTICE AND PETITION OF REMOVAL. CASE COMPLETE. REMOVED TO US DISTRICT COURT OF RI; FILE #07-153ML. |
| 05-02-2007 | CASE REMVD TO US DISTRICT CT | CERTIFIED COPY OF FILE TO BE FILED WITH US DISTRICT COURT. |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island