**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TERRY STANCIL** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **C.A. NO.: 1:07-cv-00153-ML-DLM** |
| | : | |
| **WOLVERINE JOINING TECHNOLOGIES LLC, a/k/a WJT, LLC, WOLVERINE JOINING TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager** | : | |
| | : | |
| ***Defendants.*** | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants Wolverine Joining Technologies LLC, a/k/a WJT, LLC and Wolverine Joining Technologies Inc. hereby move that Suzanne E. Deddish, Esq. be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

Respectfully submitted this 17th day of May, 2007.

/s/ Joseph D. Whelan
Joseph D. Whelan (5694)
Hinckley Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903-2319
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
E-mail: jwhelen@haslaw.com

***Attorneys for Defendants Wolverine Joining Technologies LLC a/k/a WJT, LLC, and Wolverine Joining Technologies, Inc.***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TERRY STANCIL** | : | |
| | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **C.A. NO.: 1:07-cv-00153-ML-DLM** |
| | : | |
| **WOLVERINE JOINING TECHNOLOGIES LLC, a/k/a WJT, LLC, WOLVERINE JOINING TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager** | : | |
| | : | |
| ***Defendants.*** | : | |

**ATTORNEY SUZANNE E. DEDDISH'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Georgia and of the United States District Courts for the Northern District of Georgia, and my eligibility to practice before that court has not been restricted in any way.

(2) I have not been disciplined or denied admission by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past twelve (12) months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances or other events that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified from participation in this case, either upon the Court's motion or motion of other parties in the case.

Suzanne E. Deddish
Georgia Bar No. 215645
**Martenson, Hasbrouck & Simon LLP**
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
E-mail: sededdish@martensonlaw.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph D. Whelan
Joseph D. Whelan (5694)
Hinckley Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903-2319
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
E-mail: jwhelen@haslaw.com

***Attorneys for Defendants Wolverine Joining Technologies LLC a/k/a WJT, LLC, and Wolverine Joining Technologies, Inc.***

**ORDER**

The Motion for Admission *Pro Hac Vice* of Suzanne E. Deddish in the above case is hereby granted.

District Judge: ______________________________

Date: ______________________________

**CERTIFICATION OF SERVICE**

**To:**

Bruce P. Gladstein, Esq.
750 East Avenue
Pawtucket, RI 02860

I hereby certify that on May 17, 2007, a copy of the foregoing Defendants Wolverine Joining Technologies LLC, a/k/a WJT, LLC and Wolverine Joining Technologies, Inc.'s Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph D. Whelan
Joseph D. Whelan

802733v1 (56293/132733)