RECEIVED
JUL 12 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRY STANCIL :
*Plaintiff* :
:
v. : C.A. NO.: 07-153-ML
:
WOLVERINE JOINING TECHNOLOGIES LLC, :
a/k/a WJT, LLC WOLVERINE JOINING :
TECHNOLOGIES INC., and KEVIN QUINN, :
Alias, Individually and in his capacity as Manager:
*Defendants*

ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND

This matter was scheduled for a hearing on the 2nd day of July 2007 before the Honorable Justice Mary M. Lisi, upon Plaintiff's Motion for Remand back to the Rhode Island state court, and after hearing and decision it is hereby:

ORDERED

1. That Plaintiff's Motion for Remand is **GRANTED**;

2. That the jurisdiction of this matter shall return to the Rhode Island State Court.

ENTER:

Mary M. Lisi CWD J.

July 13, 2007 2007

PER ORDER:

Barbara Barletta
CLERK

PRESENTED BY:

BRUCE P. GLADSTEIN (#5272)
750 East Avenue
Pawtucket, RI 02860
(401) 722-9900

## CERTIFICATION

I hereby certify that on the _3rd__ day of __July___, 2007. I mailed a true copy of the within, postage prepaid to Attorney Joseph D. Whelan, Hinckley Allen &Snyder LLP, 50 Kennedy Plaza, Suite1500, Providence RI 02903-2319, Attorney Patricia E. Simon and Suzanne E,. Deddish, Esq., Martenson. Hasbrouck & Simon, 3379 Peachtree Road, N.E., Suite 400 Atlanta Georgia, 30326.

Karen D. Hooks